```
McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 2:04-CR-0279 FCD |
| ) | |
| Plaintiff,  ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v.  ) | |
| ) | |
| JOHN WESTON,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

WHEREAS, on July 7, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant John Weston forfeiting to the United States the following property:

       a.   Maxtor hard drive, # 82187A5;

       b.   One CDR labeled KS-3a seized from the defendant's residence; and

       c.   ERX computer, serial number 012179836, including two connected hard drives.

AND WHEREAS, on August 4, 11 and 18, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Daily Recorder</u> (Sacramento County), a newspaper of

1

1 general circulation located in the county in which the subject
2 property was seized. Said published notice advised all third
3 parties of their right to petition the court within thirty (30) days
4 of the publication date for a hearing to adjudicate the validity of
5 their alleged legal interest in the forfeited property;
6    AND WHEREAS, the Court has been advised that no third party has
7 filed a claim to the subject property, and the time for any person
8 or entity to file a claim has expired.
9    Accordingly, it is hereby ORDERED and ADJUDGED:
10    1.  A Final Order of Forfeiture shall be entered forfeiting to
11 the United States of America all right, title, and interest in the
12 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
13 of according to law, including all right, title, and interest of
14 John Weston.
15    2.  All right, title, and interest in the above-described
16 property shall vest solely in the name of the United States of
17 America.
18    3.  The United States shall maintain custody of and control
19 over the subject property until it is disposed of according to law.
20    SO ORDERED THIS 27th day of January, 2006.

                              /s/Frank C. Damrell, Jr.
                              FRANK C. DAMRELL, JR.
                              United States District Judge